```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARMINE P. AMELIO and ALFONSO AMELIO,                                  :
                                                                       :
                                    Plaintiffs,                        :
                                                                       :      22 Civ. 975 (JPC)
                  -v-                                                  :
                                                                       :      ORDER
GALIA HOURI, EYAL RONEN, UNKNOWN                                       :
FEMALE TRESPASSER "NEVO", NICHOLAS                                     :
BLASONE, THE LEGAL AID SOCIETY, MAX                                    :
REINHARDT, RICHARD SEMEGRAM, LEIROZE                                   :
MIZRAHI, and INSTALOCK LOCKSMITH 304 INC,                              :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Complaint in this action was filed on February 3, 2022, Dkt. 1, and the Amended Complaint was filed on March 10, 2022, Dkt. 5. Defendants have not appeared in this action, and the docket does not reflect whether Defendants have been served. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Plaintiffs are ordered to file a status letter by June 21, 2022, describing (1) whether service of the summons and Amended Complaint has been made on Defendants, and (2) if service has not been effected on Defendants, whether Plaintiffs request an extension of time to serve Defendants. If Plaintiffs request an extension of time to effect service, Plaintiffs shall include in their letter an explanation of why there is good cause to excuse their failure to serve Defendants within the 90-day deadline set by Rule 4(m). *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for

the failure, the court must extend the time for service for an appropriate period."). If service of the summons and Amended Complaint has been made on Defendants, Plaintiffs must file proof of service on the docket no later than June 22, 2022.

The Clerk of Court is respectfully direct to mail a copy of this Order to *pro se* Plaintiffs and note service on the docket.

SO ORDERED.

Dated: June 9, 2022
      New York, New York

                                             JOHN P. CRONAN
                                  United States District Judge