**IN THE UNITED STATES DISTRICT COURT**
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMINE P. AMELIO and ALFONSO AMELIO,<br><br>Plaintiff,<br><br>v.<br><br>GALIA HOURI, EYAL RONEN, UNKNOWN FEMALE TRESPASSER "NEVO", NICHOLAS BLASONE, THE LEGAL AID SOCIETY, MAX REINHARDT, RICHARD SEMEGRAM, LEIROZE MIZRAHI, INSTALOCK LOCKSMITH 304 INC, JONATHON CORRADO, BERNADETTE COREY, and Jorra<br><br>Defendants. | 22-CIV-975 (JPC)(RWL) |

**Motion For Leave To File Third Amended Complaint, Filed Simultaneously With This Motion, Add a Party Plaintiff and Defendant And For Leave For A Thirty (30) Day Extension Of Time For Serving The Newly Amended Complaint**

1. Plaintiffs, hereby move this court for leave to file a third amended complaint, filed simultaneously with this motion, add a party plaintiff and defendant, and for leave for a 30 days extension of time for serving the newly amended complaint, And as grounds therefor, allege as follows:
2. Plaintiffs beg the court's indulgence in granting us the ability to validate our filing of the Third Amended Complaint (TAC).

3. Based on this court's making Plaintiffs aware that free legal help was available, this Complaint has been materially modified from the prior two Complaints (the 1st being Timely served) and adds a Party Plaintiff and Defendant.
4. Plaintiff Carmine Amelio ("Carmine") as property manager, has been assisting Paul Amelio with his bankruptcy, which was dismissed on 5/16/23, who has an ownership interest in the subject property, making him an indispensable party.
5. In full candor, while overwhelmed and under duress, including eye injury and weekly medical treatment for the past 45 days (Exhibit will be filed separately UNDER SEAL), Carmine, haplessly only read the 1st paragraph of this Court's order dated 3/23/23 that stated the deadline for servicing the summons was May 24, 2023, - He failed to read that the deadline for filing the TAC was April 24, 2023.
6. Plaintiffs apologize for this late motion and would have made this request sooner if they had realized the inadvertent error for the due date for filing the TAC.
7. Plaintiffs always intended to comply with the Court's Order and were shocked at discovering this discrepancy while preparing to comply with the assumed May 24, 2023 deadline.
8. Since none of the Defendants have yet been served the amended complaint, there would be no prejudice to the Defendants in this Honorable Court granting leave to amend and for such other relief as this court deems fair and just.
9. The failure of Plaintiffs to serve the Defendants has not been intentionally dilatory, willful or disrespectful of this Court or the Court Rules of Civil Procedure.
10. Accordingly, Plaintiffs file their TAC simultaneously with this motion, in compliance with the wrong part of the court's order.
11. All Plaintiffs have limiting chronic medical issues and disabilities affecting their ability to prosecute this case, which, pursuant to ADA, this Court complies with and, under

doctor's care and orders, must carefully monitor work, activities, responsibilities and other pending legal matters, in various States, and properly address all matters while managing their health and medical issues (Exhibits will be filed separately UNDER SEAL). The Plaintiffs suffer from medical issues and disabilities, lack the education, experience and training that a competent attorney, who has passed a written exam authorizing the attorney to practice in this court would possess in prosecuting this case.

12. Leave of court in the Federal System has always been liberal in granting an ability to extend the time to file a TAC by pro se Plaintiffs, especially in these circumstances where they all suffer from serious and at times debilitating health and medical issues.
13. It is of course discretionary with this court, but in the interests of justice & equity, at times fairness requires giving the benefit of the doubt, seeking the truth and allowing Plaintiffs the opportunity to allege, prove and recover material damages alleged to be caused by Defendants' malfeasance.
14. The lesson is learned and Plaintiffs will fully and timely comply with all future orders of this court and actively prosecute this case.
15. Again, Plaintiffs humbly & with full respect, seek an extension for leave to acknowledge and allow Plaintiffs' filed TAC to be recognized as filed and additional 30 days to serve summons and TAC.

WHEREFORE, Plaintiffs respectfully request that this honorable Court to grant Plaintiffs leave to file TAC, add a party Plaintiff and Defendant and 30 days additional time to serve.

Dated: May 24, 2023

Respectfully Submitted,
*/s/ Carmine Amelio*
Carmine Amelio
Plaintiff, Pro Se

*/s/ Alfonso Amelio*
Alfonso Amelio
Plaintiff, Pro Se
32 Main Street
New Milford, CT 06776

CC: Robert W. Lehrburger, US Magistrate Judge