IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2023
```

CARMINE P. AMELIO and ALFONSO AMELIO,

    Plaintiff,

v.

GALIA HOURI, EYAL RONEN, UNKNOWN FEMALE TRESPASSER "NEVO", NICHOLAS BLASONE, THE LEGAL AID SOCIETY, MAX REINHARDT, RICHARD SEMEGRAM, LEIROZE MIZRAHI, INSTALOCK LOCKSMITH 304 INC, JONATHON CORRADO, BERNADETTE COREY, and Jorra

    Defendants.

22-CIV-975 (JPC)(RWL)

Granted.

SO ORDERED:

6/20/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

1. Plaintiffs, hereby move this court for leave to file DOCUMENTS UNDER SEAL, pursuant to Federal Rule of Civil Procedure 5.2 and INDIVIDUAL PRACTICES IN CIVIL CASES ROBERT W. LEHRBURGER, UNITEDSTATES MAGISTRATE JUDGE, as follows:

    a. Exhibit A, MEDICAL DOCUMENTS UNDER SEAL – Carmine P. Amelio

    b. Exhibit B, MEDICAL DOCUMENTS UNDER SEAL – Alfonso Amelio

    c. Exhibit C, MEDICAL DOCUMENTS UNDER SEAL – Paul Amelio

WHEREFORE, Plaintiffs respectfully request for this honorable Court to grant Plaintiffs leave to file DOCUMENTS UNDER SEAL, pursuant to Federal Rule of Civil Procedure 5.2.

Dated:  May 25, 2023

Respectfully Submitted,
<u>/s/ Carmine Amelio</u>
Carmine Amelio
Plaintiff, Pro Se

<u>/s/ Alfonso Amelio</u>
Alfonso Amelio
Plaintiff, Pro Se
32 Main Street
New Milford, CT 06776

CC: Robert W. Lehrburger, US Magistrate Judge