USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARMINE P. AMELIO and ALFONSO AMELIO,

                Plaintiffs,

    - against -

GALIA HOURI, EYAL RONEN, ET AL.,

                Defendants.
-------------------------------------------------------------X

22-CV-975 (JPC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Clerk of Court is respectfully requested to re-issue summonses for previously named Defendants: Galia Houri and Eyal Ronen. The Clerk of Court is also requested to issue summonses for the following Defendants: Nadav Houri; Unknown Female Trespasser "Nevo"; May Hess; Nicholas Blasone; Patricia Blasone; Max Reinhardt; Richard Semegram; the Legal Aid Society; Leiroze Mizrahi; Instalock Locksmith 304 Inc; Naveed M. Siddiqi; Siddiqi Law Group P.C.; Jonathon Corrado; Bernadette Corey; and Joel Polanco at the addresses listed in paragraphs 7 through 21 of the Third Amended Complaint. No summons is required for Jorri who was dropped in the Third Amended Complaint.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2023
       New York, New York

Copies transmitted this date to all counsel of record.  Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs:

Carmine P. Amelio
32 Main Street
New Milford, CT 06776

Alfonso Amelio
32 Main Street
Milford, CT 06776