USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Carmine P. Amelio and Alfonso Amelio,          :          22-cv-975 (JPC) (RWL)

                              Plaintiffs,      :

                                               :          **CASE MANAGEMENT**
            - against -                        :          **CONFERENCE ORDER**

                                               :

Galia Houri, et al.                            :

                                               :

                              Defendants.  :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**


        ORDER: Case Management Conference set for **September 27, 2023, at 2:30**

**p.m.** before Magistrate Judge Robert W. Lehrburger. This conference will be conducted

via Microsoft Teams. A link will be emailed to the parties, one week prior to the

conference. Parties are instructed to review and adhere to Judge Lehrburger's individual

rules and practices.  The Clerk of Court is respectfully requested to mail a copy of this

order to the Pro Se Plaintiffs, and note service on the docket.



                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE



Dated: August 29, 2023
        New York, New York

Copies transmitted this date to all counsel of record.