```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARMINE P. AMELIO, et al,

                           Plaintiffs,

               - against -

GALIA HOURI, EYAL RONEN, et al,

                           Defendants.
-------------------------------------------------------------X

22-CV-975 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       Plaintiffs' "motion for reconsideration pursuant to rule 59(e)" at Dkt. 78 is denied. As the motion acknowledges, the Court previously denied reconsideration of the same issue (time to serve May Hess) on December 7, 2023 (Dkt. 70). (*See* Dkt. 78 at Paragraph 15.) There is no basis for requesting reconsideration of an order denying reconsideration. Were it otherwise, a litigant could file such motions ad in finitum. In any event, the motion is without merit for reasons previously provided.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs:

Carmine P. Amelio
32 Main Street
New Milford, CT 06776

Alfonso Amelio
32 Main Street
New Milford, CT 06776

Paul Amelio
32 Main Street
New Milford, CT 06776