USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARMINE P. AMELIO, et al,

                Plaintiffs,

      - against -

GALIA HOURI, EYAL RONEN, et al,

                Defendants.
---------------------------------------------------------------X

22-CV-975 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Once again, Plaintiffs have filed a motion for reconsideration (Dkt. 95) of a decision denying their motion for reconsideration (Dkts. 93-94). Plaintiffs previously have been informed that they cannot move to reconsider a decision denying reconsideration (Dkt. 79). Plaintiffs are warned not to continue to file frivolous and vexatious motions as they have previously done in this case and in other cases. *See, e.g., Amelio v. Piazza*, No. 19-CV-5944, 2020 WL 5535241, at *2, 4 (S.D.N.Y. Sept. 15, 2020) (stating Bankruptcy Court's finding that Carmine Amelio "is a vexatious litigant" who has "purposely filed frivolous and vexatious motions and pleadings," and independently concluding that Carmine Amelio "has demonstrated a history of vexatious, harassing, and duplicative lawsuits"). Failure to do so may result in sanctions, including a filing injunction.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 95.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2024
       New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs:

Carmine P. Amelio
32 Main Street
New Milford, CT 06776

Alfonso Amelio
32 Main Street
New Milford, CT 06776

Paul Amelio
32 Main Street
New Milford, CT 06776