UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMINE P. AMELIO, et al,

                        Plaintiffs,

        - against -

GALIA HOURI, EYAL RONEN, et al,

                        Defendants.
------------------------------------------------------------X

22-CV-0975 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      With pending motions for reconsideration and recusal having been resolved, the Court is setting a new date for Plaintiffs to file their Fourth Amended Complaint. *See* Dkt. 115 (original order directing filing of Fourth Amended Complaint within three weeks). Accordingly, Plaintiffs shall file the Fourth Amended Complaint by **May 13, 2025**. For requirements of the Fourth Amended Complaint, see pages 28-29 of the Report and Recommendation issued on April 4, 2024, at Dkt. 97.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs.