```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARMINE P. AMELIO, et al,                     :
                                              :    22-CV-0975 (DEH) (RWL)
                        Plaintiffs,           :
                                              :            ORDER
        - against -                           :
                                              :
GALIA HOURI, EYAL RONEN, et al,               :
                                              :
                        Defendants.           :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants' applications at Dkts. 129, 130, and 131 to proceed in forma pauperis with interlocutory appeals of the Court's orders entered on April 15, 2025 regarding reconsideration (Dkt. 126) and recusal (Dkt. 125) are DENIED because to do so would be frivolous and the appeals cannot be taken in good faith. See 28 U.S.C. 1915(a)(3).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 15, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs.

1