UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
CARMINE P. AMELIO, et al.,                          :
                                                    :          22-CV-0975 (DEH) (RWL)
                                Plaintiffs,          :
                                                    :                    **ORDER**
              - against -                            :
                                                    :
GALIA HOURI, et al.,                    :
                                                    :
                                Defendants.          :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 6, 2026, Plaintiffs filed a letter indicating that they intend to proceed with this action as to the remaining defendants, Nicholas Blasone, Patricia Blasone, and Nadav Nouri. None of those defendants have appeared. Plaintiffs have not filed anything further on the docket. Accordingly, if Plaintiffs intend to proceed as indicated, they shall file for certificates of default and, if the certificates are granted, shall, by **May 20, 2026**, file a motion for default judgment. The motion must be accompanied by an affidavit and brief addressing factually and legally the merits (i.e., liability), causation, and damages with respect to each defaulting defendant individually.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2026
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs.

1