UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMINE P. AMELIO, et al.,          :

                       Plaintiffs,   :

            - against -         :

                             :
GALIA HOURI, et al.,            :

                   Defendants.  :
------------------------------------------------------------X

22-CV-0975 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from Judge Ho's orders (i) dismissing some but not all of Plaintiffs' claims at Dkt. 177, and (ii) denying reconsideration of the same at Dkt. 181, would not be taken in good faith.  Accordingly, Plaintiffs' application at Dkt. 186 to proceed *in forma pauperis* with respect to an interlocutory appeal of those orders is denied.

                       SO ORDERED.

                       _____
                       ROBERT W. LEHRBURGER
                       UNITED STATES MAGISTRATE JUDGE

Dated: May 26, 2026
      New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs.

1