UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CARMINE P. AMELIO, et al.,                                    :
                                                              :          22-CV-0975 (DEH) (RWL)
                            Plaintiffs,                        :
                                                              :                  **ORDER**
            - against -                                       :
                                                              :
GALIA HOURI, et al.,                                          :
                                                              :
                            Defendants.                       :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiffs' second request for an extension of time to file for certificates of default and to move for default judgment against the three remaining defendants is granted. (*See* Dkt. 188.) Plaintiff shall file for default certificates and move for default judgment against the three remaining defendants no later than **July 22, 2026**. The excuses provided by Plaintiffs, however, are ones the Court has rejected before, including Plaintiffs' obligations in other litigation of their own making, as a basis for repeated extensions. Accordingly, the instant extension is the last and final extension. No further extensions will be granted. Failure to timely file for default judgment will result in dismissal of the case for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2026
      New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs.

1