UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMINE P. AMELIO, et al.,

Plaintiffs,

- against -

GALIA HOURI, et al.,

Defendants.
------------------------------------------------------------X

22-CV-0975 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiffs' third request at Dkt. 190 for an extension of the time to file for certificates of default and to move for default judgement against the three remaining defendants. The Court's June 24, 2026 order at Dkt. 189 warned Plaintiffs that there would be no further extensions and that the consequence of failing to comply would be dismissal for failure to prosecute. In the interest of providing notice to Plaintiffs of an additional basis for dismissal, the Court grants in part Plaintiffs' third request for an extension. Accordingly, Plaintiffs shall file for default certificates and move for default judgment against the three remaining defendants no later than **August 12, 2026**. No further extensions will be granted. Failure to timely file for default judgment will result in dismissal of the case for failure to prosecute and/or failure to comply with Court orders.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 23, 2026

New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the *pro se* Plaintiffs.