UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMINE P. AMELIO, et al.,

Plaintiffs,

- against -

GALIA HOURI, et al.,

Defendants.

---

22-CV-975 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' late-filed letter dated September 15, 2026 at Dkt. 202, filed in response to the Court's order at Dkt. 201 to show cause why the remainder of the case should not be dismissed for failure to prosecute. The Court finds the letter demonstrates sufficient cause due to delays in mailing of the order to show cause and in issuance of the certificates of default. Accordingly, (1) the Court accepts as timely Plaintiffs' response to the order to show cause, and (2) the date for Plaintiffs to file their motion for default judgment against Defendants Nicholas Blasone, Patricia Blasone, and Nadav Houri is extended to **October 15, 2026**. Failure to file the motion by that date may result in dismissal of the case for failure to prosecute or failure to comply with court orders.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 202.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 21, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs.