UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMINE P. AMELIO, et al., Plaintiffs, - against - GALIA HOURI, et al., Defendants. | 22-CV-975 (DEH) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

After Plaintiffs filed their third amended complaint, all claims against all appearing defendants and all unserved defendants have been dismissed. (Dkt. 177.) On May 6, 2026, the Court ordered Plaintiffs to file certificates of default and move for default judgment by May 20, 2026, with respect to the three remaining non-appearing defendants for whom there are certificates of service of process. (Dkt. 182.) The order explicitly informed Plaintiffs that they needed to first file for certificates of default and then separately file a motion "accompanied by an affidavit and brief addressing factually and legally the merits (i.e., liability), causation, and damages with respect to each defaulting defendant individually." (*Id.*) Although they filed for and obtained certificates of default, Plaintiffs have requested and received four extensions of time to file a motion for default judgment. (Dkts. 184, 189, 191, 203.) Upon granting the third extension, the Court warned that there would be no further extensions. (Dkt. 191.) The Court granted one additional extension after Plaintiff showed good cause. (Dkt. 203.) The Court warned, however, that "failure to file the motion by [the deadline] date may result in dismissal of the case for failure to prosecute or failure to comply with court orders. (*Id.*)

Plaintiffs now request a fifth extension, and did not file their request until October 15, 2026, the deadline for filing the motion for default judgment. (Dkt. 204.) The request could be denied for that reason alone. As they have done before, Plaintiffs attribute their delays to a host of impediments (which the Court previously has addressed in other orders), including their own litigation in other matters. Plaintiffs have already had five months within which to file a motion for default judgment. At some point, enough is enough. That point is now. The Court does not find good cause for further delay. Accordingly, the Court grants one last and final opportunity for Plaintiffs to file a motion for default judgment until **November 2, 2026**. No further extensions will be granted. Failure to meet the November 2, 2026, deadline will result in a recommendation to the District Judge to dismiss the remainder of the case for failure to prosecute and failure to adhere to court orders regardless of any excuses Plaintiffs may offer.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 204.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 19, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiffs.